■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK McKINLEY, Appellant. [19 NYS3d 409]—

Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered April 10, 2012, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him, as a second felony offender, to a term of three years, unanimously affirmed.

Defendant made a valid waiver of his right to appeal (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]), foreclosing review of his suppression claims. Regardless of whether defendant made a valid waiver of his right to appeal, his arguments for suppression of his statement are unpreserved and we decline to review them in the interest of justice. As an alternative holding, we find that any error was harmless because, given the People's disclaimer of any intention to introduce the statement, there is no "reasonable possibility that the error contributed to the plea" (*People v Wells*, 21 NY3d 716, 719 [2013]). Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.